Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21588−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bobbie L. McKnight
6 Stratton Court
Robbinsville, NJ 08691

Yvette I. McKnight
6 Stratton Court
Robbinsville, NJ 08691

Social Security No.:
xxx−xx−3739

xxx−xx−5440

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           4/15/20
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 21, 2020
JAN: bwj

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                               United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 19-21588-CMG
Bobbie L. McKnight                                                  Chapter 13
Yvette I. McKnight
       Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Jan 21, 2020
                              Form ID: 132                 Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db/jdb         +Bobbie L. McKnight,   Yvette I. McKnight,   6 Stratton Court,   Robbinsville, NJ 08691-3108
518293916       Bank of America VISA,   c/o Sunrise Credit Services, Inc.,   PO Box 9100,
                 Farmingdale, NY 11735-9100
518353664      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518360402       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518293921       Capital One, NA,   c/o Valentine & Kebartas, LLC,   PO Box 325,   Lawrence, MA 01842-0625
518293922      +Chase Bank USA (Marriott),   c/o United Collection Bureau, Inc.,
                 5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501
518293923      +Chase Bank USA (SouthWest),   c/o United Collection Bureau, Inc,
                 5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501
518293924      +Chase Bank, USA,   c/o United Collection Bureau, Inc.,   5620 Southwyck Boulevard, Suite 206,
                 Toledo, OH 43614-1501
518293925       Citibank, NA/Home Depot,   c/o Pressler Felt & Warshaw, LLP,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518293926      +Discover Visa Card,   c/o Selip & Stylianou, LLP,   10 Forest Avenue, Suite 300,
                 Paramus, NJ 07652-5238
518293927       First Premier Bank,   Card Services,   PO Box 5524,   Sioux Falls, SD 57117-5524
518293930      +Foxmoor Townhome Association, Inc.,   c/o Premier Mgmt Associates,
                 140 Sylvan Avenue, Suite 300,   Englewood Cliffs, NJ 07632-2560
518293928      +Foxmoor Townhome Association, Inc.,   c/o Stark & Stark,   993 Lenox Drive, Building 2,
                 Lawrence Township, NJ 08648-2316
518293929       Foxmoor Townhome Association, Inc.,   c/o Hill Wallack, LLP,   21 Roszel Road,   PO Box 5226,
                 Princeton, NJ 08543-5226
518327868      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518351757      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,   JPMC,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
518293932      +Kohl's (Capital One),   c/o Radius Global Solutions, LLC,   PO Box 390846,
                 Minneapolis, MN 55439-0846
518401356      +Midland Credit Management, Inc.,   Po Box 2037,   Warren MI 48090-2037
518293934       Midland Funding, LLC,   c/o Pressler Felt & Warshaw, LLP,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518293935       New Century Financial/LNV/Credit One,   c/o Pressler Felt & Warshaw, LLP,   7 Entin Road,
                 Parsippany, NJ 07054-5020
518293937      +QCARD/Synchrony Bank,   c/o Global Receivables Solutions, Inc.,   PO Box 1020, Dept. 806,
                 Horsham, PA 19044-8020
518293936      +QCard/Synchrony Bank,   Midland Credit Management,   350 Camino De La Reina, Suite 100,
                 San Diego, CA 92108-3007
518293938      +Target (TD Bank, USA),   c/o Kenneth Dickson, Court Officer,   PO Box 8068,
                 175 South Broad Street, 1st Floor,   Trenton, NJ 08608-2401
518293939      +Temple University Hospital,   Attn: Cashier,   3401 N. Broad St.,   Philadelphia, PA 19140-5189
518375797     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,   Bankruptcy Department,
                 PO Box 5229,   Cincinnati, Ohio 45201-5229)
518293941      +Visa-Comenity,   PO Box 182273,   Columbus, OH 43218-2273
518293944       Wells Fargo,   MAC N9777-112,   PO Box 5169,   Sioux Falls, SD 57117-5169
518327772      +Wells Fargo Auto Finance,   435 Ford RD,   Suite 300,   Saint Louis park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 22 2020 02:24:44     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 22 2020 02:24:41     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518293917      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 22 2020 02:25:08
                 Bayview Loan Servicing,   4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837
518317595      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 22 2020 02:16:54
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518293918      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 02:24:40     Capital One Bank USA,
                 c/o Midland Credit Management,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
518293919      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 02:24:40
                 Capital One Bank USA (QuickSilver),   c/o Midland Credit Management,
                 2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
518293920      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 02:17:52
                 Capital One NA (GM),   c/o Portfolio Recovery Assoc., LLC,   PO Box 12914,
                 Norfolk, VA 23541-0914
518312747       E-mail/Text: mrdiscen@discover.com Jan 22 2020 02:23:40     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
518293931      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 02:24:40     JCP Credit Card/Synchrony Bank,
                 c/o Midland Credit Management,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
518319149       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2020 02:15:56     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin                Page 2 of 3              Date Rcvd: Jan 21, 2020
                              Form ID: 132               Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518395880       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 02:24:40      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN MI 48090-2011
518293933        E-mail/Text: h.adler@profdebt.com Jan 22 2020 02:24:38      McGraw Hill Federal Credit Union,
                  c/o Professional Services of NY, LTD,    2701 Middle Country Road, Suite 8,
                  Lake Grove, NY 11755-2117
518416281       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 22 2020 02:25:08
                  Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing, LLC,
                  4425 Ponce de Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
518410084        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 02:17:53
                  Portfolio Recovery Associates, LLC,    c/o Bp,   POB 41067,   Norfolk VA 23541
518401206        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 02:15:47
                  Portfolio Recovery Associates, LLC,    c/o Gm,   POB 41067,   Norfolk VA 23541
518367895       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 22 2020 02:24:55     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518343105       +E-mail/Text: h.adler@profdebt.com Jan 22 2020 02:24:39      Professional Services of NY,
                  2701 Middle Country Rd., Suite 8,    Lake Grove,NY 11755-2117
518295938       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 02:13:58      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518401392       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 22 2020 02:38:28      Verizon,
                  by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518293942       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 02:24:40      Walmart/Synchrony Bank,
                  c/o Midland Credit Management,   2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
518293943        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2020 02:24:18      Wayfair/Comenity,
                  PO Box 182273,   Columbus, OH 43218-2273
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518342928*     +Foxmoor Townhome Association, Inc.,    c/o Hill Wallack LLP,   21 Roszel Road, P.O. Box 5226,
                 Princeton, NJ 08543-5226
518351794*     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
518353180*     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
518404198*     +Midland Credit Management, Inc.,    Po Box 2037,   Warren MI 48090-2037
518293940*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 5830,   Portland, OR 97228-5830)
                                                                                       TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Foxmoor Townhome Association, Inc.
               eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
              Eric   Clayman    on behalf of Joint Debtor Yvette I. McKnight jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Debtor Bobbie L. McKnight jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Bobbie L. McKnight jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Joint Debtor Yvette I. McKnight
               jenkins.clayman@verizon.net, connor@jenkinsclayman.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 21, 2020
                              Form ID: 132             Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 8