| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-21588 / CMG

Bobbie L. McKnight  
Yvette I. McKnight

Petition Filed Date: 06/10/2019  
341 Hearing Date: 07/11/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/24/2019 | $150.00 | | 07/09/2019 | $150.00 | | 07/22/2019 | $150.00 | |
| 08/05/2019 | $150.00 | | 12/04/2019 | $700.00 | | | | |

**Total Receipts for the Period: $1,300.00   Amount Refunded to Debtor Since Filing: $700.00   Total Receipts Since Filing: $1,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Bobbie L. McKnight | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE RITIGSTEIN | Attorney Fees | $4,065.00 | $573.00 | $3,492.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,080.84 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,844.92 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC | Unsecured Creditors | $6,312.98 | $0.00 | $0.00 |
| 4 | WELLS FARGO AUTO FINANCE<br>»»  2013 FORD EXPLORER | Debt Secured by Vehicle | $769.50 | $0.00 | $0.00 |
| 5 | CHASE BANK USA, N.A. | Unsecured Creditors | $5,058.78 | $0.00 | $0.00 |
| 6 | Foxmoor Townhome Association, Inc.<br>»»  CONDO FEES | Unsecured Creditors | $2,200.00 | $0.00 | $0.00 |
| 7 | PENTAGON FCU F/K/A MCGRAW-HILL FCU | Unsecured Creditors | $10,708.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,578.98 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,650.23 | $0.00 | $0.00 |
| 10 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,075.32 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $796.08 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»»  JUDGEMENT #DJ-248139-11 | Unsecured Creditors | $675.79 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $3,420.75 | $0.00 | $0.00 |
| 14 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,187.16 | $0.00 | $0.00 |
| 15 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $665.57 | $0.00 | $0.00 |
| 16 | U.S. BANK NATIONAL ASSOCIATION<br>»»  2013 FORD TRUCK ESCAPE | Debt Secured by Vehicle | $619.15 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIBANK, NA/HOME DEPOT | Unsecured Creditors | $1,464.10 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GM | Unsecured Creditors | $873.15 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21588 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 19 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/WALMART | Unsecured Creditors | $4,683.75 | $0.00 | $0.00 |
| 20 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,029.62 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $1,200.69 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/JCPENNEY | Unsecured Creditors | $1,780.89 | $0.00 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/TJX | Unsecured Creditors | $437.40 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BP | Unsecured Creditors | $867.22 | $0.00 | $0.00 |
| 25 | METROPOLITAN LIFE INSURANCE CO.<br>»»  P/6 STRATTON COURT/1ST MTG | Mortgage Arrears | $8,491.98 | $0.00 | $0.00 |
| 0 | Bobbie L. McKnight | Debtor Refund | $700.00 | $700.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,300.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $1,273.00 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $27.00 | Arrearages: | $1,800.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**