50847
Morton & Craig, LLC.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
JM5630_____

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:  BOBBIE L. MCKNIGHT<br>YVETTE I. MCKNIGHT |  |
|  | CHAPTER 13<br>CASE NO: 19-21588 (CMG)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. hereby enters its appearance and the law firm of Morton & Craig, LLC.Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. by due service upon its undersigned attorneys, Morton & Craig, LLC., at the address stated above and also to it at the following address:

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
1451 Thomas Langston Rd.
Winterville, NC 28590

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney For Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto