**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                                CASE NO.: 19-21588-CMG
                                                                      CHAPTER 13

**Bobbie L. McKnight,**
　Debtor.

**Yvette I. McKnight,**
　Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

　　　　　　　　　　　　　　　　　RAS Citron, LLC
　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　130 Clinton Road, Suite 202,
　　　　　　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　　　　　　Telephone: 470-321-7112

　　　　　　　　　　　　　　　　　By: /s/Charles Wohlrab
　　　　　　　　　　　　　　　　　　　Charles Wohlrab
　　　　　　　　　　　　　　　　　　　Email: CWohlrab@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 29, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Bobbie L. McKnight
6 Stratton Court
Robbinsville, NJ 08691

Yvette I. McKnight
6 Stratton Court
Robbinsville, NJ 08691

And via electronic mail to:

Eric Clayman
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of JusticeOffice of the US Trustee
 One Newark Center Ste 2100
Newark, NJ 07102

                                                    RAS Citron, LLC
                                                    Attorney for Secured Creditor
                                                    130 Clinton Road, Suite 202,
                                                    Fairfield, NJ 07004
                                                    Telephone: 470-321-7112

                                                    By: /s/Charles Wohlrab
                                                    Charles Wohlrab
                                                    Email: CWohlrab@rasnj.com