UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Metropolitan Life Insurance Company

In Re:

Bobbie McKnight & Yvette McKnight,

Debtors.

Case No.:      19-21588-CMG

Chapter:      13

Hearing Date:      7/1/2020

Judge:      Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay (Docket # 35)

_____

Date: 6/24/2020                          /s/ Denise Carlon
                                         Signature

*rev.8/1/15*