**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Sandra J. May<br>Debtors | CHAPTER 13 CASE NO. 19-27812 JNP<br><br>DEBTOR'S CERTIFICATION IN SUPPORT OF CONFIRMATION |

I, Sandra May, by way of Certification hereby state:

1.   I am the Chapter 13 debtor in this case and I am hereby authorized to make this certification.

2.   My confirmation hearing is scheduled for May 6, 2020. I have reviewed the tentative disposition list with my attorney. I hereby certify that SHAYBRY Enterprises, LLC, trading as BounceU has not operated or been in business for an excess of six years. Although I cannot presently locate the certificate of dissolution, I do hereby certify that this business has not been in operation in New Jersey, or in any other state, or in any other way, for an excess of six years.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May 5, 2020                                             /s/ Sandra J. May
                                                                              Sandra J. May, debtor