OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: CASSANDRA BANKO    Bank: WELLS FARGO
Bankruptcy Number: 18-29983 (ABA)    Account Number: 5350884002
Date of Confirmation: NOV 18, 2019    Account Type: CHECKING
Reporting Period (month/year): Q/2020

Beginning Cash Balance:    $ -766.42

All receipts received by the debtor:

Cash Sales:    $ —
Collection of ~~Accounts Receivable~~ INCOME/PAYMENTS:    $ 33,454.91
Proceeds from Litigation (settlement or otherwise):    $ —
Sale of Debtor's Assets:    $ —
Capital Infusion pursuant to the Plan:    $ —
Total of cash received:    $ 33,454.91

Total of cash available:    $ 32,688.49

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $ 150.00
Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $ 0
All other disbursements made in the ordinary course:    $ 32,068.14
Total Disbursements    $ 32,218.14
Ending Cash Balance    $ 470.35

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/26/2020    CASSANDRA BANKO / DEBTOR
Date    Name/Title

Debtor: BANKO
Case Number: 18-29983 (ABA)